```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 06709
   LIONELL J DIXON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9839

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 04/13/2007 and was confirmed 09/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors    7.00%.

     The case was dismissed after confirmation 11/12/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
OVERLAND BOND & INVESTME  SECURED VEHIC    4925.00         249.08        2182.59
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED          .00            .00
CITY OF CHICAGO PARKING   UNSECURED        2980.00            .00         157.39
CREDIT PROTECTION ASSOC   UNSECURED        NOT FILED          .00            .00
CREDIT PROTECTION ASSOC   UNSECURED        NOT FILED          .00            .00
CREDITORS DISCOUNT & AUD  UNSECURED        NOT FILED          .00            .00
GARY SLAUGHTER            UNSECURED        NOT FILED          .00            .00
LINEBARGER GOGGAN BLAIR   UNSECURED        NOT FILED          .00            .00
SPRINT-NEXTEL CORP        UNSECURED         444.28           .00           23.47
JEFFERSON CAPITAL SYSTEM  UNSECURED         257.13           .00             .00
SECRETARY OF STATE        NOTICE ONLY      NOT FILED          .00            .00
OVERLAND BOND & INVESTME  UNSECURED        4083.77           .00          215.68
PORTFOLIO RECOVERY ASSOC  UNSECURED         246.00           .00             .00
SPRINT-NEXTEL CORP        UNSECURED          96.54           .00             .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT     306.33           .00          306.33
SEARS GOLD MASTERCARD     UNSECURED        NOT FILED          .00            .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY      3,000.00                      3,000.00
TOM VAUGHN                TRUSTEE                                          465.46
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                6,600.00

PRIORITY                                     306.33
SECURED                                    2,182.59
   INTEREST                                  249.08
UNSECURED                                    396.54
ADMINISTRATIVE                             3,000.00
TRUSTEE COMPENSATION                         465.46

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 06709 LIONELL J DIXON
```

```
DEBTOR REFUND                                                           .00
                                      ---------------      ---------------
TOTALS                                       6,600.00             6,600.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                      /s/ Tom Vaughn
   Dated: 02/25/09                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```